Filed 12/14/23  P. v. Yagao CA4/1

# NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## COURT OF APPEAL, FOURTH APPELLATE DISTRICT

## DIVISION ONE

## STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D081700 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCS323169) |
| MACJHAY YAGAO, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, Michael J. Popkins, Judge.  Affirmed.

Alex Kreit, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Macjhay Yagao entered a guilty plea to felony hit and run (Veh. Code, § 20001, subd. (a)). In his plea agreement, Yagao stipulated to a sentence of two years of felony probation.

At the sentencing hearing, the probation officer recommended the court impose a Fourth Amendment waiver.  Defense counsel objected, however

after hearing argument, the trial court imposed a search and seizure waiver as a condition of probation.

Yagao filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to review the record for error as mandated by *Wende*.

We offered Yagao the opportunity to file his own brief on appeal, but he has not responded.

## DISCUSSION

Appellate counsel has asked the court to review the record for error. To assist the court with its review, and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified a possible issue that was considered in evaluating the potential merits of this appeal: Whether the trial court erred by imposing a Fourth Amendment waiver as a condition of probation.

We have reviewed the entire record as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Yagao on this appeal.

DISPOSITION

The judgment is affirmed.

HUFFMAN, J.

WE CONCUR:


McCONNELL, P. J.


O'ROURKE, J.

3